IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) No. 2:05-cr-267 |
| PAMELA TILLEY, | ) Judge Thomas M. Hardiman |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 1st day of December, 2006, upon consideration of Defendant's Motion to Dismiss (Doc. No. 126) and the response thereto (Doc. No. 127), it is hereby

ORDERED that said motion is DENIED pursuant to the rule stated in *Government of the Virgin Islands v. Hoheb*, 777 F.2d 138, 140 (3d Cir. 1985), *cited in United States v. Lott*, 101 Fed. Appx. 877, 879 (3d Cir. 2004).

It is further ORDERED that jury selection and trial for Pamela Tilley is set for January 2, 2007 at 09:00 AM.

BY THE COURT:

s/ *Thomas M. Hardiman*
Thomas M. Hardiman
United States District Judge